IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60188
Summary Calendar
_____

JOHN WARREN,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:94-CV-720-L-N
- - - - - - - - - -
October 31, 1996
Before GARWWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

        John Warren appeals the district court's affirmance of the
denial of his claim for social security disability benefits.  He
argues that the determination that he could perform his past
relevant work was not supported by substantial evidence.

        We have reviewed the record and the briefs of the parties
and AFFIRM for the reasons stated by the magistrate judge and

_____

        [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

adopted by the district court.  <u>Warren v. Chater</u>, No. 3:94CV720LN

(S.D. Miss. Jan 18, 1996).